FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JAN 14 AM 10: 34
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| LEEVEREST CURRY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. CV419-267 |
| ) | |
| CHATHAM COUNTY SHERIFF'S ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 4.) In the Report and Recommendation, Magistrate Judge Ray recommends dismissal of Plaintiff's case for failure to comply with the November 13, 2019 deadline for returning his Prison Litigation Reform Act forms for proceeding in forma pauperis. (Id. at 1.) The report and recommendation was mailed to Plaintiff on December 6, 2019, but was returned to the office of the Clerk of the Southern District of Georgia as undeliverable on December 13, 2019. (Doc. 5.) The envelope was returned with a notation that read "[n]o longer at this location." (Id.) Plaintiff has not notified the Court of a change of address or a transfer. According to this Court's local rules, Plaintiff has the burden of notifying the Court of any change of address. See S.D. Ga. L.R. 11.1 ("Each attorney and pro se litigant has a

continuing obligation to apprise the Court of any address change."). His failure to do so suggests that Plaintiff no longer wishes to pursue his claim. This Court has "the inherit authority to manage its own docket 'so as to achieve the orderly and expeditious disposition of cases.' " <u>Equity Lifestyle Props., Inc. v. Fla. Mowing & Landscape Serv., Inc.</u>, 556 F.3d 1232, 1240 (11th Cir. 2009) (quoting <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32, 43, 111 S. Ct. 2123, 2132, 115 L. Ed. 2d 27 (1991)). Accordingly, the Court has the authority to dismiss an action, with or without prejudice, for want of prosecution. S.D. Ga. L.R. 41.1.

Given that this Court accepts the reasoning of the report and recommendation, and Plaintiff has failed to maintain contact with the Clerk or the Court, devoting further time and resources to Plaintiff's case at this time is inappropriate. Accordingly, after a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 14th day of January 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA